# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:00-CR-186-T-30TBM

SERGES JACQUES DESCENT

_____/

# ORDER

THIS CAUSE is before the Court on the letter/motion (Dkt. #322) of Serges Jacques Descent, dated October 1, 2007, in which Defendant asserts that when the Eleventh Circuit vacated and remanded his case for entry of a new forfeiture judgment in the lower amount of $1,288,140, this Court entered the lower forfeiture judgment but did not alter his sentence. He argues that his sentence should have been reduced because the base offense level in the guidelines would have been reduced when the forfeiture amount was reduced below $1,500,000. Since the letter/motion (Dkt. #322) requests relief in the form of a reduced sentence, it will be treated as a petition under 28 U.S.C. §2255.

Defendant's petition will be denied for several reasons. First, Defendant confuses the amount used in the forfeiture judgment with the amount used in calculating the guidelines. The amount used for calculating the guidelines includes other intended losses of the conspiracy. The total loss, including other intended losses, exceeds $1,500,000. Therefore, the guidelines used in calculating Defendant's sentence was the appropriate guideline calculation. In addition, the petition is denied because it is untimely.

Therefore, Defendant's petition (Dkt. #322) is hereby DENIED.

**DONE** and **ORDERED** in Tampa, Florida on October 17, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*F:\Docs\2000\00-cr-186.descent 322.wpd*